389 P.3d 125

**STATE of Hawai'i, Plaintiff-Appellant,**

v.

**Corinne KING, Defendant-Appellee.**

**NO. CAAP-13-0002997**

Intermediate Court of Appeals of Hawai'i.

Dated: Honolulu, Hawai'i, December 12, 2016.

As Amended January 3, 2017

APPEAL FROM THE DISTRICT COURT OF THE FIFTH CIRCUIT (CASE NO. 5DTA-13-00062)

MEMORANDUM OPINION

Vacate. Remand.